UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br>Petitioner<br>v.<br>STUART SHERMAN,<br>Respondent. | Case No. 2:18-cv-09115-DSF (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all documents filed and lodged in this action, Respondent's Motion to Dismiss [Dkt. 11, "Motion"] and Petitioner's Non-Opposition [Dkt. 14], and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) the Motion is GRANTED; (2) the Petition is DENIED; and (3) Judgment shall be entered dismissing this action with prejudice.

DATED: April 1, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE