UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br>Petitioner<br>v.<br>STUART SHERMAN,<br>Respondent. | Case No. 2:18-cv-09115-DSF (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATED: April 1, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE